UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROSS POLONSKY,<br><br>        Plaintiff.<br><br>    v.<br><br>SSA COMMISSIONER,<br><br>        Defendant. | Case No. 25-cv-10324-RMI<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

    Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

    **IT IS SO ORDERED.**

Dated: December 3, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge