UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POLONSKY,<br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant. | Case No. 4:25-CV-10324 HSG<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY ORDERED that the Joint Stipulation for an Extension of Time for Plaintiff to File his Motion for Summary Judgment is hereby GRANTED. The time for Plaintiff to file his Motion for Summary Judgment shall be extended until April 13, 2026.   All other deadlines shall be extended accordingly.

APPROVED AND SO ORDERED:

Dated:  3/23/2026

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge