UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN POLONSKY,
    Plaintiff,

    v.

COMMISSIONER of SOCIAL SECURITY,
    Defendant.

Case No. 4:25-CV-103324 HSG

ORDER EXTENDING THE BRIEFING SCHEDULE

IT IS HEREBY ORDERED that the Joint Stipulation for an Extension of Time for Plaintiff to File his Motion for Summary Judgment is hereby GRANTED. Plaintiff shall file his Motion for Summary Judgment on or before April 24, 2026. All other deadlines shall be extended accordingly.

APPROVED AND SO ORDERED:

Dated:  4/15/2026 _____

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge