CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN POLONSKY, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 4:25-cv-10324-HSG <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. § 416.920c. As appropriate, the Administrative Law Judge may request the medical

Stip. to Remand, [4:25-cv-10324-HSG]                1

sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. § 416.920b.

- Reassess the claimant's residual functional capacity.
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 22, 2026                    By: /s/ Georgeana K. Roussos
                                        GEORGEANA K. ROUSSOS
                                        (as authorized by email)
                                        Attorney for Plaintiff


Dated: June 22, 2026                    CRAIG H. MISSAKIAN
                                        United States Attorney

                                        MATHEW W. PILE
                                        Head of Program Litigation 1

                                        By: /s/ Erin Highland
                                        ERIN HIGHLAND
                                        Special Assistant U.S. Attorney
                                        Social Security Administration
                                        Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.


IT IS SO ORDERED:

DATE:   June 22, 2026
                                        THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                        United States District Judge

Stip. to Remand, [4:25-cv-10324-HSG]            2