UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POLONSKY,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant. | Case No. 4:25-CV-10324 HSG<br><br>ORDER TO WITHDRAW MOTION FOR ATTORNEY FEES |

IT IS HEREBY ORDERED that the Joint Stipulation for Withdrawal of Plaintiff's Motion for Attorney Fees is hereby GRANTED.

APPROVED AND SO ORDERED:

Dated: 10/6/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge